**Order filed October 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00312-CV
_____

### THE ESTATE OF KATHI WALSH

On Appeal from the Probate Court No 2
Harris County, Texas
Trial Court Cause No. 365864

## O R D E R

Appellant's brief was due September 27, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 10, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM